district at the March term, 1926. Reversed and remanded. Opinion filed October 5, 1926. Rehearing denied October 18, 1926.

Alfred Roy Hulbert, for appellant. Finn & Miller, for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.

---

**Chicago Railway Equipment Company, appellee, v. James Wilson, appellant.    Gen. No. 30,986.**

Forcible detainer. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Howard Hayes, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1926. Reversed and remanded. Barnes, J., dissents. Opinion filed October 5, 1926.

William E. Rodriguez, for appellant; John M. Humphrey and Hamlin K. Buchman, of counsel. Musgrave, Oppenheim, Price & McKeever, for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.

---

**Samuel Broder, appellee, v. Edith Rockefeller McCormick et al., appellants.    Gen. No. 31,006.**

Assumpsit for services. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Robert E. Gentzel, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1926. Reversed and remanded. Opinion filed October 5, 1926.

R. J. Hilliard, Matthias Concannon and William H. Dillon, for appellants. Wolfsohn & Fireman, for appellee; Elmer M. Leesman, of counsel.

Mr. Presiding Justice Gridley delivered the opinion of the court.

---

**F. C. Staples, trading as Johnson Oil Burner Company, appellee, v. Jacob Cassman, trading as Hotel Savoy, appellant.    Gen. No. 31,016.**

Assumpsit for services and goods sold and delivered. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Robert E. Gentzel, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1926. Reversed and remanded, or to be affirmed to the extent of $534.50, in case plaintiff files a remittitur of $600, within 10 days. Opinion filed October 5, 1926.

Adolph Marks, for appellant; Benjamin H. Black and R. B. Salmon, of counsel. Meads & Scott, for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.

---

**Rubin Rosenberg and D. Rosenfield, appellants, v. Maurice Novick et al., appellees.    Gen. No. 31,029.**

Action for services as real estate broker. Judgment for defendants. Appeal from the Municipal Court of Chicago; the Hon. Robert E. Gentzel, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1926. Affirmed. Opinion filed October 5, 1926.

Aaron Soble, for appellants. Miles J. Devine and John J. Devine, for appellees.

Mr. Presiding Justice Gridley delivered the opinion of the court.